B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Minnesota

In re  Robert A. Krulich
Maria E. Krulich _____ ,          Case No. _14-31153_____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

U.S. Bank Trust National Association as Trustee of the Lodge Series III Trust
_____
Name of Transferee

Name and Address where notices to transferee should be sent:
  c/o SN Servicing Corporation
  323 Fifth Street
  Eureka, CA 95501
Phone: _800-603-0836_____
Last Four Digits of Acct #: _____8315_____

Name and Address where transferee payments should be sent (if different from above):



Phone: _____
Last Four Digits of Acct #:_____

U.S. Bank Trust National Association as Trustee of the Bungalow Series III Trust
_____
Name of Transferor

Court Claim # (if known): _____7-1_____
Amount of Claim: _____$385,559.86_____
Date Claim Filed: _____05/13/2014_____

Phone: _800-603-0836_____
Last Four Digits of Acct. #: _____8314_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ D. Anthony Sottile_____          Date: _04/11/2019_____
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.