**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Robert A. Krulich |
| Debtor 2 (Spouse, if filing) | Maria E. Krulich |
| United States Bankruptcy Court for the: | District of Minnesota |
| Case number | 14-31153 |

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. **File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association as Trustee of the Lodge Series III Trust

**Court claim no.** (if known): 7-1

**Last 4 digits** of any number you use to identify the debtor's account: 8 3 1 5

**Date of payment change:** Must be at least 21 days after date of this notice: 06/01/2019

**New total payment:** Principal, interest, and escrow, if any: $ 3,132.88

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 637.99     New escrow payment: $ 667.34

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

Debtor 1  **Robert A. Krulich**
First Name    Middle Name    Last Name

Case number (*if known*) **14-31153**

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ **/s/ D. Anthony Sottile**
Signature

Date  04/11/2019

Print:  **D. Anthony Sottile**
First Name    Middle Name    Last Name

Title  **Authorized Agent for Creditor**

Company  **Sottile & Barile, LLC**

Address  **394 Wards Corner Road, Suite 180**
Number    Street

**Loveland**            **OH**    **45140**
City                    State    ZIP Code

Contact phone  **513-444-4100**

Email  **bankruptcy@sottileandbarile.com**

SN Servicing Corporation  Final
323 FIFTH STREET
EUREKA, CA  95501
For Inquiries:  (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date:   April 05, 2019

ROBERT A KRULICH                                                                                             Loan:
13130 CROLLY PATH                                        Property Address:
ROSEMOUNT MN  55068                                      13130 CROLLY PATH
                                                         ROSEMOUNT, MN  55068

## Annual Escrow Account Disclosure Statement
## Account History

This is a statement of actual activity in your escrow account from Jan 2019 to May 2019.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Jun 01, 2019: | | Escrow Balance Calculation | |
|---|---|---|---|---|---|
| Principal & Interest Pmt: | 2,465.54 | 2,465.54 ** | | Due Date: | Mar 01, 2019 |
| Escrow Payment: | 637.99 | 667.34 | | Escrow Balance: | 2,056.17 |
| Other Funds Payment: | 0.00 | 0.00 | | Anticipated Pmts to Escrow: | 1,913.97 |
| Assistance Payment (-): | 0.00 | 0.00 | | Anticipated Pmts from Escrow (-): | 2,469.33 |
| Reserve Acct Payment: | 0.00 | 0.00 | | Anticipated Escrow Balance: | $1,500.81 |
| Total Payment: | $3,103.53 | $3,132.88 | | | |

** The terms of your loan may result in changes to the monthly principal and interest payments during the year.

| | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
| | | | | | Starting Balance | 0.00 | 3,211.56 |
| Jan 2019 | | 637.99 | | * | | 0.00 | 3,849.55 |
| Jan 2019 | | 637.99 | | * | | 0.00 | 4,487.54 |
| Feb 2019 | | 637.99 | | * | | 0.00 | 5,125.53 |
| Mar 2019 | | | | 3,069.36 * | Homeowners Policy | 0.00 | 2,056.17 |
| | | | | | Anticipated Transactions | 0.00 | 2,056.17 |
| Apr 2019 | | 1,275.98 | | | | | 3,332.15 |
| May 2019 | | 637.99 | | 2,469.33 | County Tax | | 1,500.81 |
| | $0.00 | $3,827.94 | $0.00 | $5,538.69 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Last year, we  anticipated that payments from your account would be made during this period equaling $0.00.  Under Federal law, your lowest monthly balance should not have exceeded $0.00 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.  Your actual lowest monthly balance was greater than $0.00.  The items with an asterisk on your Account History may explain this.  If you want a further explanation, please call our toll-free number.
**(The amount of surplus only exists if the loan is current, the analysis gives a projected overage as if all past due payments are made the month the analysis is processed).**

Page 1

SN Servicing Corporation
For Inquiries: (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date:  April 05, 2019

ROBERT A KRULICH                                                                                           Loan: ▓▓▓▓▓▓

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
| | | | Starting Balance | 1,500.81 | 1,334.61 |
| Jun 2019 | 667.34 | | | 2,168.15 | 2,001.95 |
| Jul 2019 | 667.34 | | | 2,835.49 | 2,669.29 |
| Aug 2019 | 667.34 | | | 3,502.83 | 3,336.63 |
| Sep 2019 | 667.34 | | | 4,170.17 | 4,003.97 |
| Oct 2019 | 667.34 | 2,469.33 | County Tax | 2,368.18 | 2,201.98 |
| Nov 2019 | 667.34 | | | 3,035.52 | 2,869.32 |
| Dec 2019 | 667.34 | | | 3,702.86 | 3,536.66 |
| Jan 2020 | 667.34 | | | 4,370.20 | 4,204.00 |
| Feb 2020 | 667.34 | | | 5,037.54 | 4,871.34 |
| Mar 2020 | 667.34 | 3,069.36 | Homeowners Policy | 2,635.52 | 2,469.32 |
| Apr 2020 | 667.34 | | | 3,302.86 | 3,136.66 |
| May 2020 | 667.34 | 2,469.33 | County Tax | 1,500.87 | 1,334.67 |
| | $8,008.08 | $8,008.02 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of $1,334.67. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed $1,334.67 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is $1,500.81. Your starting balance (escrow balance required) according to this analysis should be $1,334.61. This means you have a surplus of $166.20. **(The amount of surplus only exists if the loan is current, the analysis gives a projected overage as if all past due payments are made the month the analysis is processed).**

This surplus must be returned to you unless it is less than $50.00, in which case we have the additional option of keeping it and lowering your monthly payments accordingly. As the loan is delinquent, we will not be sending a check for the surplus.

We anticipate the total of your coming year bills to be $8,008.02. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | 667.34 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $667.34 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**ST PAUL DIVISION**

In Re:                                                    Case No. 14-31153

Robert A. Krulich
Maria E. Krulich                                          Chapter 13

Debtors.                                                  Judge Katherine A. Constantine

**CERTIFICATE OF SERVICE**

I certify that on April 11, 2019, a copy of the foregoing Notice of Mortgage Payment Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Ronald J. Lundquist, Debtors' Counsel
    ron@all-bankruptcy.com

    Gregory A Burrell, Chapter 13 Trustee
    cmecfjzkmn@ch13mn.com

    Office of the United States Trustee
    ustpregion12.mn.ecf@usdoj.gov

I further certify that on April 11, 2019, a copy of the foregoing Notice of Mortgage Payment Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Robert A. Krulich, Debtor
    13130 Crolly Path
    Rosemount, MN 55068

    Maria E. Krulich, Debtor
    13130 Crolly Path
    Rosemount, MN 55068

Dated: April 11, 2019                          /s/ D. Anthony Sottile
                                               D. Anthony Sottile
                                               Authorized Agent for Creditor
                                               Sottile & Barile, LLC
                                               394 Wards Corner Road, Suite 180
                                               Loveland, OH 45140

_____    _____
                                                    Phone: 513.444.4100
                                                    Email: bankruptcy@sottileandbarile.com